IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN P. STRICKLAND, ) | CASE NO. 4:08CV3081 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM |
| ) | AND ORDER |
| JANSEN J. WILLIAMS, Dr., KERRY ) | |
| CROPP, Nurse, DENNIS FRITZEN, ) | |
| Nurse, and JOHN DOES, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's Motion to Appoint Counsel. (Filing No. 13.) The court cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel . . . ." *Id.* (quotation and citation omitted). No such benefit is apparent here.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Appoint Counsel (Filing No. 13) is denied; and

2. A separate order will be entered progressing this case to final disposition. Plaintiff's Motion for Status (Filing No. 20) is therefore denied as moot.

Dated this 7th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge