IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. STRICKLAND, | ) | CASE NO. 4:08CV3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| DR. JANSEN J. WILLIAMS, NURSE KERRY CROPP, NURSE DENNIS FRITZEN, and JOHN DOES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Defendants' Motion to Depose Person Confined to Prison. (Filing No. 31.) In their Motion, Defendants seek to depose Plaintiff, John P. Strickland, who is a prisoner at the Tecumseh State Correctional Institution.

Federal Rule of Civil Procedure Rule 30(a)(2)(B) states that a party must obtain leave of court to depose a person confined in prison. Leave shall be granted to the extent consistent with the principles stated in Rule 26(b)(2). Fed. R. Civ. P. 30(a)(2). Defendants' Motion is granted, and the deposition proposed for December 5, 2008 may proceed.

IT IS THEREFORE ORDERED that Defendants' Motion to Depose Person Confined to Prison (Filing No. 31) is granted.

DATED this 19th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge